

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-23-00240-CR

---

Ronald Anthony Burgos-Aviles, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 49th District Court
Webb County, Texas
Trial Court No. 2018CRA000852D1

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 25th day of November 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.